# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMITH, JOHN SHAWN | § | Case No. 11-43659 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> KENNETH S. GARDNER
> CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/25/2012 in Courtroom 682,
> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/06/2012               By: /s/ Barry A. Chatz, Trustee
                                              Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-43659-JBS
John Shawn Smith                                                          Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pgordon             Page 1 of 2            Date Rcvd: Sep 26, 2012
                              Form ID: pdf006           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2012.
```
db          +John Shawn Smith,    3629 N Pacific Ave,    Chicago, IL 60634-2003
18084379     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17979874    +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
17979880   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
18383837     Capital One Bank (USA), N.A,    American InfoSource LP agent,    PO Box 71083,
               Charlotte, NC  28272-1083
17979881    +Chase,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
17979884    +Chase,    Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
17979875    +Chase,    Attn: Bankruptcy Dept.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
18387208     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17979883    +Citibank,    Bankruptcy Department,    PO Box 183036,    Columbus, OH 43218-3036
17979879    +Citibank,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
17979876    +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17979877    +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
17979878    +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
17979882   ++WYNDHAM CONSUMER FINANCE INC,    P O BOX 97474,    LAS VEGAS NV 89195-0001
             (address filed with court:   Wyndham Vacation Resorts,    Bankruptcy Dept,    PO Box 98940,
               Las Vegas, NV 89193)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: pgordon              Page 2 of 2                  Date Rcvd: Sep 26, 2012
                              Form ID: pdf006            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2012 at the address(es) listed below:

         Barry A Chatz   bachatz@arnstein.com,
          bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
         Christina M Riepel   on behalf of Trustee Barry Chatz gstern2@flash.net
         Christopher M Brown   on behalf of Creditor   JPMorgan Chase Bank National Association
          northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
         Gregory K Stern   on behalf of Trustee Barry Chatz gstern1@flash.net,
          steve_horvath@ilnb.uscourts.gov
         Mark E Levine   on behalf of Debtor John Smith ndil@geracilaw.com
         Monica C O'Brien   on behalf of Trustee Barry Chatz gstern1@flash.net
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                               TOTAL: 7