# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SMITH, JOHN SHAWN | § | Case No. 11-43659 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                     Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                     Claims Discharged
                                                      Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| GREGORY K. STERN | | | | | |
| GREGORY K. STERN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 2 Chase Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 3 Chase Bankruptcy Department 800 Brooksedge Blvd. Westerville OH 43081 | | | | | |
| | 4 Citibank Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 5 Citibank Bankruptcy Department PO Box 183036 Columbus OH 43218 | | | | | |
| | 6 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 7 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No:   11-43659   SBJ   Judge: JACK B. SCHMETTERER

Case Name:   SMITH, JOHN SHAWN

For Period Ending:   03/06/13

Trustee Name:   BARRY A. CHATZ
Date Filed (f) or Converted (c):   10/27/11 (f)
341(a) Meeting Date:   12/02/11
Claims Bar Date:   03/30/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3629 N Pacific Ave Chicago, IL 60634 - (Debtors pr | 239,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 1645 N Lockwood, Chicago, IL (SURRENDER) | 110,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Household Goods | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 4. Books / Collectibles | 50.00 | 0.00 | OA | 0.00 | FA |
| 5. Wearing Apparel | 50.00 | 0.00 | OA | 0.00 | FA |
| 6. Furs and Jewelry | 125.00 | 0.00 | OA | 0.00 | FA |
| 7. Firearms and Hobby Equipment | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 8. Vehicles | 14,000.00 | 12,000.00 | OA | 8,500.00 | FA |
| 9. Other Miscellaneous | 5,000.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $370,725.00   $12,000.00   $8,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SELLING ESTATE'S RIGHT, TITLE AND INTEREST IN VEHICLE TO DEBTOR ON INSTALLMENT PLAN; UPON COMPLETION OF PAYMENTS, CLAIMS WILL BE REVIEWED AND TFR WILL BE PREPARED.

Initial Projected Date of Final Report (TFR): 10/25/12   Current Projected Date of Final Report (TFR): 10/25/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-43659 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | SMITH, JOHN SHAWN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5890  Checking Account |
| Taxpayer ID No: | *******6281 | | | |
| For Period Ending: | 03/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 03/09/12 | 8 | JOHN SHAWN SMITH | LIQUIDATION OF OTHER SCHEDULED ASSE | | 1129-000 | 1,000.00 | | 1,000.00 |
| 03/09/12 | 8 | JOHN SWAWN SMITH | LIQUIDATION OF OTHER SCHEDULED ASSE | | 1129-000 | 1,500.00 | | 2,500.00 |
| 03/09/12 | 8 | JOHN SHAWN SMITH | LIQUIDATION OF OTHER SCHEDULED ASSE | | 1129-000 | 6,000.00 | | 8,500.00 |
| 10/25/12 | 003001 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Expenses | | 2200-000 | | 61.83 | 8,438.17 |
| 10/25/12 | 003002 | GREGORY K. STERN 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE | | | | 852.22 | 7,585.95 |
| | | | Fees | 840.00 | 3210-000 | | | |
| | | | Expenses | 12.22 | 3220-000 | | | |
| 10/25/12 | 003003 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | | 2100-000 | | 1,600.00 | 5,985.95 |
| 10/25/12 | 003004 | CAPITAL ONE BANK (USA), N.A AMERICAN INFOSOURCE LP AGENT PO BOX 71083 CHARLOTTE, NC 28272-1083 | Claim 000001, Payment 14.80% | | 7100-000 | | 2,957.97 | 3,027.98 |
| 10/25/12 | 003005 | CHASE BANK USA, N.A. PO BOX 15145 WILMINGTON, DE 19850-5145 | Claim 000002, Payment 14.80% | | 7100-000 | | 3,027.98 | 0.00 |

| | | | | | | Page Subtotals | 8,500.00 | 8,500.00 |

Ver: 17.01

**FORM 2**

Page:    2

# Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:    11-43659
Case Name:    SMITH, JOHN SHAWN

Taxpayer ID No:    *******6281
For Period Ending:    03/06/13

Trustee Name:    BARRY A. CHATZ
Bank Name:    Congressional Bank
Account Number / CD #:    *******5890  Checking Account

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,500.00 | 8,500.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,500.00 | 8,500.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,500.00 | 8,500.00 | |
| | | TOTAL - ALL ACCOUNTS | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Checking Account - *******5890 | | | 8,500.00 | 8,500.00 | 0.00 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 8,500.00 | 8,500.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.01